| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild<br>Agent: Jason A. Messenger | Telephone: (313) 226-9577<br>Telephone: (313) 969-3370 | |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
   v.
Oscar MODESTO REYES

Case: 2:25−mj−30582
Assigned To : Unassigned
Assign. Date : 9/12/2025
Description: CMP USA v Modesto
Reyes (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 10, 2025** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Jason Messenger, Border Patrol Agent*
*U.S. Department of Homeland Security*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 12, 2025

City and state: Detroit, MI

*Judge's signature*

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Jason Messenger, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Oscar MODESTO-REYES, a native and citizen of Mexico.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for MODESTO-REYES, for a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

3. On or about May 10, 2013, MODESTO-REYES was encountered by United States Border Patrol agents in or near Naco, Arizona.  MODESTO-REYES was processed as an Expedited Removal and issued A# XXX XXX 719. MODESTO-REYES was removed to Mexico via Douglas, Arizona on May 11, 2013.

4. On September 10, 2025, Border Patrol Agents assigned to the Detroit Sector, Targeting Unit conducted a targeted enforcement action in or near Wayne, Michigan.  Agents identified an alien who has been previously removed from the United States with ties to the Detroit, Michigan area. Through investigative efforts, agents identified a Nissan Pathfinder bearing Michigan license plate XXXXX25 registered to the suspect alien.  Agents observed the vehicle exit the Westland Meadows onto Van Born Rd.  Agents conducted a vehicle stop near the intersection of Hannan Road and Michigan Avenue and encountered MODESTO-REYES.

5. Agents approached the vehicle, identified themselves as Border Patrol Agents, and performed an immigration inspection on the occupant. MODESTO-REYES was interviewed in the Spanish language by Border Patrol Agents.  MODESTO-REYES readily admitted his name, and to being a citizen of Mexico.  Agents inquired whether MODESTO-REYES possessed documents allowing him to be or remain in the United States legally.  MODESTO-REYES said that he did not have any documents permitting him to be or remain in the United States Legally.

6. Upon determining MODESTO-REYES had illegally re-entered the United States, agents placed MODESTO-REYES under arrest and transported him to the Gibraltar Border Patrol Station for processing.

7. While at the Gibraltar Border Patrol Station, MODESTO-REYES's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that MODESTO-REYES is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his last removal on May 11, 2013.

8. On or about May 10, 2013, MODESTO-REYES was encountered by United States Border Patrol agents in or near Naco, Arizona.  MODESTO-REYES was processed as an Expedited Removal and issued A# XXX XXX 719. MODESTO-REYES was removed to Mexico via Douglas, Arizona on May 11, 2013.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of the Alien File (A# XXX XXX 719) for MODESTO-REYES, and queries in U.S. Department of Homeland Security databases confirm no record exists of MODESTO-REYES obtaining permission from the Attorney

    General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after his removal from the United States on May 11, 2013.

11. Based on the above information, I believe there is probable cause to conclude that Oscar MODESTO-REYES is a native and citizen of Mexico, who was previously removed from the United States and was thereafter found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a)

_____
Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge
September 12, 2025

3